IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-100-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT HUGHES WILKINS, | ) | |
| | ) | |
| Defendant. | ) | |

On June 12, 2020, Robert Hughes Wilkins ("Wilkins") filed a pro se motion requesting that the court address his pretrial detention status, the chain of custody concerning drug evidence, and his request concerning a transfer to another facility [D.E. 141]. As for Wilkins's pretrial detention status, the court already has addressed Wilkins's arguments and has nothing to add. See [D.E. 138]; cf. [D.E. 141] 1–2. The United States Court of Appeals for the Fourth Circuit affirmed this court's decision. See [D.E. 149, 150]. Accordingly, the court denies Wilkins's request concerning pretrial detention.

As for Wilkins's arguments concerning chain of custody, Wilkins's request is not a model of clarity, and he has counsel. See [D.E. 141] 1–2. Moreover, Wilkins (through counsel) has until September 18, 2020, to file pre-trial motions. See [D.E. 154]. Accordingly, the court denies without prejudice Wilkins's request concerning chain of custody.

As for Wilkins's request for transfer, Wilkins restates his arguments made in his motion concerning pretrial detention. Compare [D.E. 141] 2 with [D.E. 128]. The arguments fare no better. Accordingly, the court denies Wilkins's request.

SO ORDERED. This 30 day of July 2020.

                                               JAMES C. DEVER III
                                               United States District Judge