UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:19-CR-100-D (1)

UNITED STATES OF AMERICA

**ORDER**

ROBERT HUGHES WILKINS,
    Defendant.

On motion of the Defendant, Robert Wilkins, and for good cause shown, it is ORDERED that Docket Entry 345 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 345.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

IT IS SO ORDERED, this the __25__ day of March 2024.

                                                JAMES C. DEVER, III
                                              United States District Judge