IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-100-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT HUGHES WILKINS, | ) | |
| | ) | |
| Defendant. | ) | |

    The United States SHALL respond to defendant's motion for a sentence reduction [D.E. 390] not later than December 12, 2025.

    SO ORDERED. This _10_ day of November, 2025.

JAMES C. DEVER III
United States District Judge