IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-100-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ROBERT H. WILKINS, | ) | |
| | ) | |
| Defendant. | ) | |

The requested sealing has been done. Thus, the court DENIES as moot defendant's motion to seal [D.E. 407].

SO ORDERED. This 15 day of September, 2026.

JAMES C. DEVER III
United States District Judge